UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: SUMNER, PAMELA S | § | Case No. 10-71349 |
| | § | |
| LAWSON, PAMELA S | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/20/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  / /            By:  _____
                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: SUMNER, PAMELA S | § | Case No. 10-71349 |
|---|---|---|
| | § | |
| LAWSON, PAMELA S | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 4,000.33 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 4,000.33 |
| **Balance on hand:** | $ | 4,000.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | HSBC Auto Finance (f/k/a Household Auto Finance Co | 12,275.40 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 4,000.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,000.08 | 0.00 | 1,000.08 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,000.00 | 0.00 | 1,000.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,000.08 |
| Remaining balance: | $ | 2,000.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,000.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,000.25

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,603.30 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 2,137.05 | 0.00 | 562.21 |
| 3 | ROCKFORD MERCANTILE AGENCY | 5,466.25 | 0.00 | 1,438.04 |

Total to be paid for timely general unsecured claims: $ 2,000.25
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: vgossett              Page 1 of 2                  Date Rcvd: Dec 01, 2010
Case: 10-71349                 Form ID: pdf006             Total Noticed: 32

The following entities were noticed by first class mail on Dec 03, 2010.
db           +Pamela S Sumner,   14794 Dereck Dr,   South Beloit, IL 61080-9113
aty          +Jeffry A. Dahlberg,   Balsley and Dahlberg, LLP,   5130 N Second St,   Loves Park, IL 61111-5002
tr           +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
15297847      APPLIED CARD,   P.O. Box 17125,   Wilmington, DE 19850-7125
15297848     +BENEFICIAL,   Bankruptcy Department,   4750 N. Western Avenue,   Chicago, IL 60625-2013
15297871    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  TSYS TOTAL DEBT MANAGEMENT,   P.O. Box 5155,   Norcross, GA 30091)
15297849     +CCA,   P.O. Box 806,   Norwell, MA 02061-0806
15297851     +CREDIT PROTECTION ASSOCIATION,   13355 Noel Road, 21st Floor,   Dallas, TX 75240-6602
15297854     +FREEDMAN ANSELMO LINDBERG & KAPPE,   1807 West Diehl Road, Suite 333,   Naperville, IL 60563-1890
15297855      FRIEDMAN & WEXLER,   500 W. Madison Street, Suite 2910,   Chicago, IL 60661-2587
15297856      FURNITURE ROW EXPRESS CARD,   P.O. Box 15521,   Wilmington, DE 19850-5521
15297857      GLOBAL CREDIT & COLLECTION,   1800 Broadway Bldg. 4A,   Buffalo, NY 14212-2001
15297858     +HARRIS & HARRIS, LTD,   222 Merchandise Mart Plaza,   Chicago, IL 60654-1103
15297859      HSBC AUTO FINANCE,   P.O. Box 60130,   City Of Industry, CA 91716-0130
15297860      HSBC CARD SERVICES,   P.O. Box 80084,   Salinas, CA 93912-0084
15297861     +I.C. SYSTEMS,   444 East Highway 96,   P.O. Box 64378,   St. Paul, MN 55164-0378
15297862    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  INTERNAL REVENUE SERVICE,   Centralized Insolvency Operation,
               P.O. Box 21126,   Philadelphia, PA 19114)
15297864     +MUTUAL MANAGEMENT SERVICES,   401 E. State St., 2nd Floor,   P.O. Box 4777,
               Rockford, IL 61110-4777
15297865     +NCO FINANCIAL SYSTEMS,   507 Prudential Road,   Horsham, PA 19044-2368
15297866    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  PORTFOLIO RECOVERY ASSOCIATES,   P.O. Box 41067,   Norfolk, VA 23541)
15297867     +REDLINE RECOVERY SERVICES,   6201 Bonhomme Street, Ste 100S,   Houston, TX 77036-4379
15297868     +ROCKFORD COLLEGE,   5050 E. State St,   Rockford, IL 61108-2393
15297869     +ROCKFORD MERCANTILE AGENCY,   2502 S. Alpine Road,   Rockford, IL 61108-7813
15297872      VAN RU CREDIT CORPORATION,   P.O. Box 46549,   Lincolnwood, IL 60646-0549
15297873     +WESTERN CONTROL SERVICES,   P.O. Box 1352,   Englewood, CO 80150-1352
The following entities were noticed by electronic transmission on Dec 02, 2010.
15297846     +E-mail/PDF: recoverybankruptcy@afninet.com Dec 02 2010 03:01:33     ANDERSON FINANCIAL NETWORK,
               Bankruptcy Administration,   404 Brock Street,   Bloomington, IL 61701-2654
15297850     +E-mail/Text: legalcollections@comed.com                            COMMONWEALTH EDISON COMPANY,
               Attention: Credit Department,   2100 Swift Drive,   Oak Brook, IL 60523-1559
15297852     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
               CREDITORS’ PROTECTION SERVICE,   202 W. State St, 3rd Floor,   P.O. Box 4115,
               Rockford, IL 61110-0615
15297853     +E-mail/Text: data_processing@fin-rec.com                           FINANCIAL RECOVERY SERVICES,
               P.O. Box 385908,   Minneapolis, MN 55438-5908
16004677     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Dec 02 2010 03:01:34    HSBC Auto Finance,
               P O Box 201347,   Arlington, TX 76006-1347
15978794     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Dec 02 2010 03:01:34
               HSBC Auto Finance (f/k/a Household Auto Finance Co,   P.O. Box 201347,
               Arlington, TX 76006-1347
15297870      E-mail/PDF: BNCEmails@blinellc.com Dec 02 2010 03:02:51     ROUNDUP FUNDING LLC,   MS 550,
               P.O. Box 91121,   Seattle, WA 98111-9221
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Barrick, Switzer, Long, Balsley & Van Evera LLP
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
15297845    ##+ACCOUNTS RECEIVABLE MANAGEMENT,   7507 North Second Street, Unit C,
               Machesney Park, IL 61115-2867
15297863    ##+MEDICAL-DENTAL-HOSPITAL BUREAU,   7507 N. Second St., Unit C,   Machesney Park, IL 61115-2867
                                                                                  TOTALS: 1, * 1, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3           User: vgossett            Page 2 of 2                   Date Rcvd: Dec 01, 2010
Case: 10-71349                 Form ID: pdf006           Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2010**                        **Signature:**    *Joseph Speetjens*