**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: SUMNER, PAMELA S　　　　　　　　　　§　Case No. 10-71349
　　　　　　　　　　　　　　　　　　　　　　§
　　　　LAWSON, PAMELA S　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $15,750.00　　　　　*(without deducting any secured claims)* | Assets Exempt: $7,400.00 |
| Total Distribution to Claimants: $2,000.25 | Claims Discharged Without Payment: $32,533.69 |
| Total Expenses of Administration: $2,000.08 | |

　　　3) Total gross receipts of $　4,000.33　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　0.00　(see **Exhibit 2**), yielded net receipts of $4,000.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $12,108.00 | $12,275.40 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,000.08 | 2,000.08 | 2,000.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 38,447.86 | 7,603.30 | 7,603.30 | 2,000.25 |
| **TOTAL DISBURSEMENTS** | $50,555.86 | $21,878.78 | $9,603.38 | $4,000.33 |

4) This case was originally filed under Chapter 7 on March 23, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2011        By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Harley Davidson FXD | 1129-000 | 800.00 |
| 2009 Tax Refund | 1224-000 | 3,200.00 |
| Interest Income | 1270-000 | 0.33 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HSBC Auto Finance (f/k/a Household Auto Finance Co | 4110-000 | 12,108.00 | 12,275.40 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$12,108.00** | **$12,275.40** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,000.08 | 1,000.08 | 1,000.08 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **2,000.08** | **2,000.08** | **2,000.08** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 7100-000 | 7,839.00 | 2,137.05 | 2,137.05 | 562.21 |
| 3 | ROCKFORD MERCANTILE AGENCY | 7100-000 | 3,678.22 | 5,466.25 | 5,466.25 | 1,438.04 |
| NOTFILED | HSBC CARD SERVICES | 7100-000 | 2,669.00 | N/A | N/A | 0.00 |
| NOTFILED | I.C. SYSTEMS | 7100-000 | 475.61 | N/A | N/A | 0.00 |
| NOTFILED | HARRIS & HARRIS, LTD | 7100-000 | 126.67 | N/A | N/A | 0.00 |
| NOTFILED | MEDICAL-DENTAL-HOSPITAL BUREAU | 7100-000 | 325.15 | N/A | N/A | 0.00 |
| NOTFILED | PORTFOLIO RECOVERY ASSOCIATES | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | REDLINE RECOVERY SERVICES | 7100-000 | 679.93 | N/A | N/A | 0.00 |
| NOTFILED | MUTUAL MANAGEMENT SERVICES | 7100-000 | 87.73 | N/A | N/A | 0.00 |
| NOTFILED | COMMONWEALTH EDISON COMPANY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WESTERN CONTROL SERVICES | 7100-000 | 1,044.00 | N/A | N/A | 0.00 |
| NOTFILED | ROCKFORD COLLEGE | 7100-000 | 1,246.57 | N/A | N/A | 0.00 |
| NOTFILED | VAN RU CREDIT CORPORATION | 7100-000 | 139.16 | N/A | N/A | 0.00 |
| NOTFILED | NCO FINANCIAL SYSTEMS | 7100-000 | 660.45 | N/A | N/A | 0.00 |
| NOTFILED | GLOBAL CREDIT & COLLECTION | 7100-000 | 909.89 | N/A | N/A | 0.00 |
| NOTFILED | FRIEDMAN & WEXLER | 7100-000 | 11,266.91 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | FURNITURE ROW EXPRESS CARD | 7100-000 | 2,579.15 | N/A | N/A | 0.00 |
| NOTFILED | ANDERSON FINANCIAL NETWORK | 7100-000 | 82.85 | N/A | N/A | 0.00 |
| NOTFILED | APPLIED CARD Bankruptcy Administration | 7100-000 | 969.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUNTS RECEIVABLE MANAGEMENT | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | CCA | 7100-000 | 853.58 | N/A | N/A | 0.00 |
| NOTFILED | CREDIT PROTECTION ASSOCIATION | 7100-000 | 109.04 | N/A | N/A | 0.00 |
| NOTFILED | FREEDMAN ANSELMO LINDBERG & KAPPE | 7100-000 | 1,029.02 | N/A | N/A | 0.00 |
| NOTFILED | TSYS TOTAL DEBT MANAGEMENT | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FINANCIAL RECOVERY SERVICES | 7100-000 | 969.70 | N/A | N/A | 0.00 |
| NOTFILED | ROUNDUP FUNDING LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BENEFICIAL Bankruptcy Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CREDITORS' PROTECTION SERVICE | 7100-000 | 382.23 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 38,447.86 | 7,603.30 | 7,603.30 | 2,000.25 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71349  
**Case Name:** SUMNER, PAMELA S  

**Period Ending:** 04/06/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/23/10 (f)  
**§341(a) Meeting Date:** 05/03/10  
**Claims Bar Date:** 10/13/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Bank of America - checking | 100.00 | 100.00 | DA | 0.00 | FA |
| 2 | Misc. household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing and personal items | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2003 Chevrolet Impala | 2,550.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2009 Harley Davidson FXD  Settled pursuant to Order to Compromise Controversy entered August 16, 2010. | 8,400.00 | 2,500.00 | DA | 800.00 | FA |
| 6 | 2009 Tax Refund (u) | 3,200.00 | 3,200.00 | DA | 3,200.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.33 | FA |
| 7 | Assets   Totals (Excluding unknown values) | **$15,750.00** | **$5,800.00** | | **$4,000.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 15, 2010      **Current Projected Date Of Final Report (TFR):**   October 22, 2010  (Actual)

Printed: 04/06/2011 01:25 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-71349  
**Case Name:** SUMNER, PAMELA S

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-65 - Money Market Account

**Taxpayer ID #:** **-***2442  
**Period Ending:** 04/06/11

**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/10 | {6} | Pamela S. Sumner | Non-exempt portion of 2009 tax refund | 1224-000 | 3,200.00 | | 3,200.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 3,200.11 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,200.30 |
| 09/10/10 | {5} | Pamela S. Sumner | 2009 Harley Davidson Motorcycle | 1129-000 | 800.00 | | 4,000.30 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.32 |
| 10/18/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 4,000.33 |
| 10/18/10 | | To Account #9200******8066 | Transfer funds from MMA to checking acount | 9999-000 | | 4,000.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,000.33** | **4,000.33** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,000.33 | |
| | | | **Subtotal** | | **4,000.33** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.33** | **$0.00** | |

{} Asset reference(s)                                                                                                                        Printed: 04/06/2011 01:25 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-71349 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SUMNER, PAMELA S | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******80-66 - Checking Account |
| **Taxpayer ID #:** | **-***2442 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 04/06/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/18/10 | | From Account #9200******8065 | Transfer funds from MMA to checking acount | 9999-000 | 4,000.33 | | 4,000.33 |
| 12/20/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,000.00 | 3,000.33 |
| 12/20/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,000.08, Trustee Compensation;  Reference: | 2100-000 | | 1,000.08 | 2,000.25 |
| 12/20/10 | 103 | INTERNAL REVENUE SERVICE | Dividend paid 26.30% on $2,137.05; Claim# 2; Filed: $2,137.05; Reference: | 7100-000 | | 562.21 | 1,438.04 |
| 12/20/10 | 104 | ROCKFORD MERCANTILE AGENCY | Dividend paid 26.30% on $5,466.25; Claim# 3; Filed: $5,466.25; Reference: | 7100-000 | | 1,438.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,000.33** | **4,000.33** | **$0.00** |
| | | | Less: Bank Transfers | | 4,000.33 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **4,000.33** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,000.33** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # 9200-******80-65** | 4,000.33 | 0.00 | 0.00 |
| **Checking # 9200-******80-66** | 0.00 | 4,000.33 | 0.00 |
| | $4,000.33 | $4,000.33 | $0.00 |

{} Asset reference(s)

Printed: 04/06/2011 01:25 PM   V.12.56